IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

MICHAEL GRAY                                                    PLAINTIFF

v.                         No. 3:17-cv-121-DPM

K. BOWERS, Administrator,
Craighead County Detention Center;
and STERLING, Officer, CCDC                                     DEFENDANTS

## ORDER

Unopposed recommendation, № 6, adopted. FED. R. CIV. P. 72(b) (1983 addition to advisory committee notes). Gray's complaint and amended complaint will be dismissed without prejudice for failure to state a claim. This dismissal counts as a "strike" within the meaning of 28 U.S.C. § 1915(g). An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

6 July 2017