# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**MICHAEL GRAY**                                                                    **PLAINTIFF**

v.                             No. 3:17-cv-121-DPM

**K. BOWERS, Administrator,**
**Craighead County Detention Center;**
**and STERLING, Officer, CCDC**                                                   **DEFENDANTS**

## JUDGMENT

Gray's complaint and amended complaint are dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

6 July 2017